O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **RANCE CAESAR HILL,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **LEE BACA, et al.,** ) <br> ) <br> **Defendants.** ) <br> ) | Case No. CV 08-03834 CAS (AJW) <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action and the attached Report and Recommendation of Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. Good cause appearing, the Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report.

**IT IS SO ORDERED**.

DATED: July 20, 2010

*Christina A. Snyder*

CHRISTINA A. SNYDER
United States District Judge