JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| **RANCE CAESAR HILL,** | ) | |
| Plaintiff, | ) ) | No. CV 08-03834 CAS (AJW) |
| v. | ) ) | **J U D G M E N T** |
| **LEE BACA, et al.,** | ) ) | |
| Defendants. | ) ) | |

**IT IS ADJUDGED** that this action is dismissed with prejudice.

July 20, 2010

_____
CHRISTINA A. SNYDER
United States District Judge